UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELFIDO SANDOVAL,

                Plaintiff,

v.

HICKORY HOUSE TENANTS CORP.,

                Defendant.

25-CV-5199 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 5, 2025, Plaintiff filed an affidavit of service indicating that he served Defendant on June 26, 2025. Accordingly, Defendant's deadline to respond to the Complaint was July 17, 2025. To date, Defendant has not appeared or otherwise responded to the Complaint.

To the extent Plaintiff intends to commence default judgment proceedings against Defendant, he shall do so no later than September 2, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 11, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge