**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DELFIDO SANDOVAL,

                      Plaintiff,                **SCHEDULING ORDER**

   -against-                                    25 Civ. 5199 (KMK)(JCM)

HICKORY HOUSE TENANTS CORP.,

                      Defendant.
-----------------------------------------------------------------X

       The Court has scheduled a Status Conference for December 8, 2025 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421.

Dated:  October 14, 2025
            White Plains, New York

                                                    **SO ORDERED:**

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge