# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**May 3, 2026**

**Via ECF**

Hon. Kenneth M. Karas, USDJ
Hon. Judith C. McCarthy, USMJ
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601-4150

> **Re: Sandoval v. Hickory House Tenants Corp.**
> **Case No. 25-CV-05199 (KMK)(JCM)**
> **Motion for Extension of Time**

Dear Judge Karas/Magistrate-Judge McCarthy:

My firm represents plaintiff Delfido Sandoval ("Plaintiff") in the above-referenced action, and I respectfully write to respectfully request a one-month extension of the current May 9, 2026, deadline to complete discovery - and a corresponding extension of the other related deadlines, such as the pre-motion deadlines. I reached out to defense counsel before making this request but have not yet heard back and wanted to get it to the Court ASAP as time is of the essence. This request is being made mainly to resolve the issues set forth at ECF No. 29. Although the defense has produced some additional information and documents, the production is still very incomplete, the pace of production has been very slow, and it appears that the defense needs the additional time to coordinate and complete the production. In addition, both sides need to properly review the recently produced discovery as well as discovery not yet produced prior to the depositions. We also have a situation where more people have been identified by the defense, and more people will have to be deposed than previously known and schedules on both sides appear to be challenging as well. Moreover, the additional time along with the additional discovery may also allow a reexamination of settlement positions on both sides.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

1

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:    Defense Counsel via ECF**

Granted.

So Ordered.

5/4/26

2