Case 7:25-cv-05199-KMK-JCM Document 51 Filed 11/16/26 Page 1 of 2

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**November 16, 2026**

**Via ECF**

Hon. Kenneth M. Karas, USDJ
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601-4150

**Re: Sandoval v. Hickory House Tenants Corp.**
**Case No. 25-CV-05199 (KMK)(JCM)**
**Motion for Extension of Time**

Dear Judge Karas:

My firm represents plaintiff Delfido Sandoval ("Plaintiff") in the above-referenced action, and I respectfully write with the consent of opposing counsel to request a brief two-week extension of the summary judgment deadlines in this case. This request is being made because there was a recent medical emergency involving a very close family member of Plaintiff's counsel that required hospitalization, surgery and recovery that significantly impacted schedules and workloads. No prior request for an extension of this deadline was made. The new schedule will be as follows:

| | |
|---|---|
| Motions for Summary Judgment | December 7, 2026 |
| Responses to Summary Judgment Motion | January 22, 2027 |
| Replies by no later than | February 12, 2027 |

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc: Defense Counsel via ECF**

So Ordered.

11/17/26